IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EDNA DEE GRENVILLE, AS ADMINISTRATRIX
AD LITEM OF THE ESTATE OF FALLON
GRENVILLE, A/K/A FALLON D. GRENVILLE,
DECEASED, AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF FALLON GRENVILLE
A/K/A FALLON D. GRENVILLE, DECEASED; EDNA
DEE GRENVILLE, AS ADMINISTRATRIX AD LITEM
OF THE ESTATE OF DAPHNE GRENVILLE A/K/A
DAPHNE A. GRENVILLE DO, DECEASED, AND ON
BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES
OF DAPHNE GRENVILLE, A/K/A DAPHNE A. GRENVILLE
DO, DECEASED; EDNA DEE GRENVILLE ON BEHALF OF
AND AS GUARDIAN AD LITEM OF THE MINOR, LACEY
DO A/K/A LACY K. DO                                                                             PLAINTIFFS

V.                                                                  Civil Action No.  4:07cv75 HTW-LRA

STATE OF MISSISSIPPI, MISSISSIPPI TRANSPORTATION
COMMISSION, MISSISSIPPI DEPARTMENT OF
TRANSPORTATION, CLARKE COUNTY, MISSISSIPPI,
CLARKE COUNTY, MISSISSIPPI BOARD OF SUPERVISORS
AND JOHN DOES 1-10                                                                       DEFENDANTS

## ORDER

      COMES NOW, each of the parties and representing to this Court that the pending Motion for Discovery Pursuant to Rule 56(f) filed by Plaintiffs has been rendered moot due to the agreed dismissal of Clarke County as a Defendant in this action.  It is therefore ordered and adjudged that the Motion for Discovery Pursuant to Rule 56(f) filed by Plaintiffs is hereby denied as moot.

      SO ORDERED, this the 17th day of March, 2008.

                                           s/ HENRY T. WINGATE

                                           HENRY T. WINGATE
                                           CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

_____/s/ John G. Holaday_____
John G. Holaday
Attorney for Plaintiffs


_____/s/ Michael J. Wolf_____
Michael J. Wolf
Attorney for Clarke County, Mississippi


_____/s/ Spence Flatgard_____
Spence Flatgard
Attorney for State of Mississippi


**Civil Action No.  4:07cv75 HTW-LRA**