IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**EDNA DEE GRENVILLE, AS ADMINISTRATRIX
AD LITEM OF THE ESTATE OF FALLON
GRENVILLE, A/K/A FALLON D. GRENVILLE,
DECEASED, AND ON BEHALF OF ALL WRONGFUL
DEATH BENEFICIARIES OF FALLON GRENVILLE
A/K/A FALLON D. GRENVILLE, DECEASED; EDNA
DEE GRENVILLE, AS ADMINISTRATRIX AD LITEM
OF THE ESTATE OF DAPHNE GRENVILLE A/K/A
DAPHNE A. GRENVILLE DO, DECEASED, AND ON
BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES
OF DAPHNE GRENVILLE, A/K/A DAPHNE A. GRENVILLE
DO, DECEASED; EDNA DEE GRENVILLE ON BEHALF OF
AND AS GUARDIAN AD LITEM OF THE MINOR, LACEY
DO A/K/A LACY K. DO**     **PLAINTIFFS**

V.     **Civil Action No. 4:07cv75 HTW-LRA**

**STATE OF MISSISSIPPI, MISSISSIPPI TRANSPORTATION
COMMISSION, MISSISSIPPI DEPARTMENT OF
TRANSPORTATION, CLARKE COUNTY, MISSISSIPPI,
CLARKE COUNTY, MISSISSIPPI BOARD OF SUPERVISORS
AND JOHN DOES 1-10**     **DEFENDANTS**

## ORDER DISMISSING DEFENDANT CLARK COUNTY, MISSISSIPPI

COMES NOW, each of the parties and representing to this Court that it is agreed that Clarke County should be dismissed. It is therefore ordered and adjudged that Clark County, Mississippi be dismissed without prejudice and that a judgment thereon be entered.

SO ORDERED, this the 17th day of March, 2008.

                      **s/ HENRY T. WINGATE**

                      HENRY T. WINGATE
                      CHIEF UNITED STATES DISTRICT JUDGE

AGREED:

___/s/ John G. Holaday___
John G. Holaday
Attorney for Plaintiffs


___/s/ Michael J. Wolf___
Michael J. Wolf
Attorney for Clarke County, Mississippi


___/s/ Spence Flatgard___
Spence Flatgard
Attorney for State of Mississippi


**Civil Action No. 4:07cv75 HTW-LRA**
Order Dismissing Defendant Clarke County, Mississippi