IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSPPI
EASTERN DIVISION

**EDNA DEE GRENVILLE, AS ADMINISTRATRIX AD LITEM OF THE ESTATE OF FALLON GRENVILLE, A/K/A FALLON D. GRENVILLE, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF FALLON GRENVILLE, A/K/A FALLON D. GRENVILLE, DECEASED; EDNA DEE GRENVILLE, AS ADMINISTRATRIX AD LIMTEM OF THE ESTATE OF DAPHNE GRENVILLE A/K/A DAPHNE A. GRENVILLE DO, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF DAPHNE GRENVILLE, A/K/A DAPHNE A. GRENVILLE DO, DECEASED; EDNA DEE GRENVILLE ON BEHALF OF AND AS GUARDIAN AD LITEM OF THE MINOR, LACEY DO A/K/A LACY K. DO**     **PLAINTIFFS**

VS.     **CAUSE NO. 4:07CV75HTW-LRA**

**STATE OF MISSISSIPPI,
MISSISSIPPI TRANSPORTATION COMMISSION,
MISSISSIPPI DEPARTMENT OF TRANSPORTATION**     **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

THIS DAY this matter having come to be heard *ore tenus* on the Motion of the Plaintiffs and Defendants requesting an order dismissing this case with prejudice. The Court, having been advised in the premises that all parties who have entered an appearance in this cause are in agreement with said Motion, does hereby find that said Motion is well taken, and should be granted upon the terms as set forth herein:

IT IS THEREFORE ORDERED AND ADJUDGED as follows, to-wit:

1. Any and all claims made by the Plaintiffs against the Defendants, the State of Mississippi, Mississippi Department of Transportation Commission, Mississippi Department of Transportation, shall be, and the same are hereby fully and finally dismissed with prejudice.

2. The Clerk of this Court should be, and hereby is, authorized and empowered to note the dismissal of all parties and enter this Order on the docket of the Court and to close the Court file. The Court hereby declares this case to be concluded and this case is dismissed upon the terms and conditions set forth herein.

3. Each party to this proceeding shall bear his or her own cost, including attorney's fees, relative to the dismissal entered hereby.

SO ORDERED AND ADJUDGED on this the 27th day of April, 2009.

                                      s/ HENRY T. WINGATE
                                      CHIEF JUDGE
                                      UNITED STATES DISTRICT COURT

Submitted by:

Spence Flatgard (MB # 99381)
Spence Flatgard, Legal Counsel, PLLC
Attorney for Defendants State of Mississippi,
Mississippi Department of Transportation Commission,
Mississippi Department of Transportation

Civil Action No. 4:07-cv-75 HTW-LRA
Order of Dismissal with Prejudice